UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BAKER HOMES TENANT COUNCIL, Inc.,

                        Plaintiff,

                                                                  ORDER
          v.                                                    14-CV-284(A)

LACKAWANNA MUNICIPAL HOUSING
AUTHORITY, et al.,

                        Defendants.

---

The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On June 3, 2015, Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 36), recommending that this case be dismissed for failure to prosecute by plaintiff.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, this case is dismissed for plaintiff's failure to prosecute, and this dismissal is on the merits and with prejudice.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   June 30, 2015